UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEROME HAMOUS,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN KESTELL and CHUCK BARLOW,<br><br>            Defendants. | Case No. CV-17-121-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

      Dated this 1st day of February, 2018.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ A. Puhrmann
                                  A. Puhrmann, Deputy Clerk